MAX BLITZER, Appellant, v. ISIDORE GELLERING, Respondent.— As the appellant's counsel, opposing the motion to dismiss, has not shown that the appeal is meritorious (Rule XII of this Department), the motion to dismiss the appeal is granted, with ten dollars costs, without prejudice to a motion upon proper papers to be relieved from the order of dismissal. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOSEPH BRANDEL, Respondent, v. ELIZABETH GRIBBIN, Appellant, Interpleaded with Others,— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MEYER BRESLOW, Appellant, v. DAVID SEROTA and Others, Respondents.— The mere statement of counsel that in his opinion the appeal would succeed does not show that the appeal is meritorious, and, therefore, is not a compliance with rule XII of this Department. The motion to dismiss the appeal is granted, with ten dollars costs, without prejudice to a motion upon proper papers to be relieved from the order of dismissal. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LAWRENCE J. DOLAN, Appellant, v. ADOLPH BARR and MAX BARR, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of HILL VIEW RESERVOIR, Section No. 2, Contiguous Damage Claims. Appeal of WAKEFIELD TERMINAL IMPROVEMENT COMPANY.— Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLASTON REALTY COMPANY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— The corporation counsel applying for leave to appeal to the Court of Appeals, instead of now granting the motion, inasmuch as the corporation counsel states that the questions involved are far reaching and may affect many similar cases of condemnation, we order a reargument of this appeal, and the case is set down for Friday, October 24, 1919. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

EDITH SMITH, Appellant, v. F. B. STEARNS COMPANY, a Foreign Corporation, and Another, Respondents.— Motion denied on condition that appellant perfect the appeal, place the case upon the ·December calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JERE R. IRELAND, Appellant, v. WILLARD N. BAYLIS, Respondent.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.